UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                        :

**TIANWEN DONG**,

                    Plaintiff,

          – against –

**MERRICK GARLAND**, Attorney General of the United States; **UR M. JADDOU**, Director of United States Citizenship & Immigration Services; **PATRICIA MENGES**, Director of New York Asylum Office,

                    Defendants.
------------------------------------------------------------ X

**MEMORANDUM DECISION AND ORDER**

1:23-CV-6412 (AMD) (LB)

**ANN M. DONNELLY**, United States District Judge:

On August 22, 2023, the pro se plaintiff filed a complaint seeking a writ of mandamus to "compel action" on the plaintiff's asylum application.  (ECF No. 1.)  It is ORDERED that:

1. The United States Attorney, as attorney for the defendants, is directed to show cause on or before **September 20, 2023** why a writ of mandamus should not be issued, serve a copy of the response on the plaintiff, and file proof of service with the Clerk of this Court.

2. On or before **October 4, 2023**, the plaintiff shall file a reply, if any, and file proof of service with the Clerk of this Court.

3. The plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) is GRANTED.

4. The Clerk of Court is respectfully directed to (i) serve a copy of this order, together with a copy of the complaint, on the defendants via electronic case filing, and (ii) mail a copy of this order to the plaintiff.

**SO ORDERED.**

                                              s/Ann M. Donnelly

                                            ANN M. DONNELLY
                                            United States District Judge

Dated: Brooklyn, New York
         August 30, 2023